UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GURBHAJAN SINGH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-1122 |
| ) | JUDGE CRENSHAW |
| MEHARRY MEDICAL ) | |
| COLLEGE ) | |
| ) | |
| Defendant. | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 149), dismissing Plaintiff's case against Defendant Meharry Medical College with prejudice. Accordingly, this action is **DISMISSED with Prejudice**, and the Clerk is directed to close the file. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE